## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Adrienne Lyde, et al. | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | C.A. NO. 2:22-cv-03965-MMB |
| | : | |
| City of Philadelphia | : | |
| | : | |
| Defendant. | : | |

## JOINT STIPULATION OF PARTIAL DISMISSAL

Plaintiffs and Defendant City of Philadelphia stipulate to the voluntary dismissal of

Plaintiff Jessica Bowers, only, with prejudice, without costs, pursuant to the agreement of counsel.


Dated: February 7, 2024



s/ *Noah Cohen*                          s/ *H. David Seidman*
Noah Cohen, Esquire                      H. Daivd Seidman, Esquire
Alan L. Yatvin, Esquire                  Mikaila J. John, Esquire
Weir Greenblatt Pierce LLP               Clark Hill
1339 Chestnut Street, Suite 500          Two Commerce Center
Philadelphia, PA 19107                   2001 Market Street, Suite 2620
Attorneys for Plaintiffs                 Philadelphia, PA 19103
                                         Attorneys for Defendant



                                         BY THE COURT:


                                         _____
                                         MICHAEL M. BAYLSON, U.S.D.J.